**FILED**
AUG 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

VRW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RUSSELL MARTIN )
              ) CASE NO. CV 08 4067
      Plaintiff; )
              )
   vs.        ) PRISONER'S
              ) APPLICATION TO PROCEED
M.S. EVANS, et AL; ) IN FORMA PAUPERIS
              )
      Defendant. )
_____)

(PR)

I, __Russell Martin__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, l provide the following information:

1.    Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____NONE_____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____NONE_____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or             Yes ___ No ✗
10           self employment
11      b.   Income from stocks, bonds,          Yes ___ No ✗
12           or royalties?
13      c.   Rent payments?                      Yes ___ No ✗
14      d.   Pensions, annuities, or             Yes ___ No ✗
15           life insurance payments?
16      e.   Federal or State welfare payments,  Yes ___ No ✗
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                      Yes ___ No ✗
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____   Net $_____ NONE
28  4.     a.   List amount you contribute to your spouse's support:$ _____NONE

b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

NONE

5.   Do you own or are you buying a home?      Yes ____ No ✗

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?      Yes ____ No ✗

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ✗ . If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account? Yes ____ No ✗ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ✗ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✗

8.   What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| | $ NONE | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_NONE_

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_8/14/2008_                             _Russell Martin_
DATE                                     SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 4 -

```
 1
 2                                              Case Number: _____
 3
 4
 5
 6
 7
 8                          CERTIFICATE OF FUNDS
 9                                   IN
10                          PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _Russell Martin_ for the last six months
                                        [prisoner name]
14   _Mule Creek State Prison_ where (s)he is confined.
        [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ __0__ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $ __0__.
18
19   Dated: 8-18-08                              _/S/ Littlejohn_
20                                               [Authorized officer of the institution]
```

```
REPORT ID: TS3030  .701                                          REPORT DATE: 08/06/08
                                                                 PAGE NO:           1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JAN. 01, 2008 THRU AUG. 06, 2008

ACCOUNT NUMBER : E67269                     BED/CELL NUMBER:
ACCOUNT NAME   : MARTIN, RUSSELL              ACCOUNT TYPE: T
PRIVILEGE GROUP:

                         TRUST ACCOUNT ACTIVITY

          << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                         TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL        TOTAL       CURRENT      HOLDS      TRANSACTIONS
 BALANCE      DEPOSITS    WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
---------    ----------   -----------   ---------   ---------    ------------
   0.00         0.00          0.00         0.00        0.00          0.00

                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                     -----------
                                                         0.00
```

*Statement for the last six months*

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           MULE CREEK STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JAN. 18, 2008 THRU AUG. 18, 2008

  ACCOUNT NUMBER : E67269                     BED/CELL NUMBER: A
  ACCOUNT NAME   : MARTIN, RUSSELL            ACCOUNT TYPE: I
  PRIVILEGE GROUP: B
                              TRUST ACCOUNT ACTIVITY

            << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                           CURRENT HOLDS IN EFFECT

     DATE         HOLD
    PLACED        CODE        DESCRIPTION              COMMENT         HOLD AMOUNT
  ----------     ------   ----------------------    ----------------   -----------
  07/08/2008      H107    POSTAGE HOLD              0707  0104
  07/08/2008      H107    POSTAGE HOLD              0707  0104
  07/24/2008      H118    LEGAL COPIES HOLD         0722  0333
  07/24/2008      H118    LEGAL COPIES HOLD         0722  0333
  07/29/2008      H109    LEGAL POSTAGE HOLD        0727  0396
  07/30/2008      H109    LEGAL POSTAGE HOLD        0729  0436
  07/30/2008      H109    LEGAL POSTAGE HOLD        0729  0436
  08/06/2008      H118    LEGAL COPIES HOLD         0729  0523
  08/06/2008      H118    LEGAL COPIES HOLD         0729  0523
  08/06/2008      H118    LEGAL COPIES HOLD         0805  0523
  08/06/2008      H118    LEGAL COPIES HOLD         0805  0523
  08/07/2008      H109    LEGAL POSTAGE HOLD        0805  0535
  08/07/2008      H109    LEGAL POSTAGE HOLD        0805  0535
  08/07/2008      H109    LEGAL POSTAGE HOLD        0805  0535
  08/07/2008      H109    LEGAL POSTAGE HOLD        0805  0535
  08/08/2008      H114    COPAY FEE, MED.           COPAY 0555
  08/13/2008      H118    LEGAL COPIES HOLD         0812  0627
  08/14/2008      H109    LEGAL POSTAGE HOLD        0812  0632
  08/14/2008      H109    LEGAL POSTAGE HOLD        0812  0632
  08/14/2008      H109    LEGAL POSTAGE HOLD        0812  0632

                              TRUST ACCOUNT SUMMARY

   BEGINNING       TOTAL          TOTAL           CURRENT         HOLDS
    BALANCE       DEPOSITS      WITHDRAWALS       BALANCE        BALANCE
  -----------    ----------    -------------    -----------    -----------
     0.00          0.00            0.00             0.00          52.36
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 8-18-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _L. Littlejohn_
TRUST OFFICE