FILED
AUG 2 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# DECLARATION OF SERVICE BY MAIL

CASE NAME: Russell Martin   CASE NO: CV 08 4067 VRW (PR)

I, Russell Martin, am a resident of the state of California Mule Creek State Prison ( M. C. S. P ) at Ione, County of Amador, California, and am at least 18 years of age, and am party to the within action. My mailing address is P.O. Box 409000, Ione, California 95640-9000.

On 7/10/2008, I served a true and correct copy of the following document(s):
I SERVED A CIVIL COMPLAINT ON THE CLERK OF THE COURT, TO BE FILED INTO THE /EARLY SETTLEMENT PROGRAM

On each party listed below by placing it in a sealed envelope, with adequate postage or provided, and depositing said envelope in the institutional mail box or turned said envelope to custodial personnel for the United States Mail at Mule Creek State Prison, P.O. Box 409000, Ione, California 956490900. Each party to the action has been duly served.

E-filing

This copy is being mailed to:
THE CLERK OF THE COURT

I have mailed additional copies to:
_____

There is regular service by the United States Mail between the above place of mailing and the parties listed.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed this date: 8/19/08, 2008, at Ione, California.

Signed: Russel Mart   CDC No: E-67269

M. C. S. P MAILROOM ACKNOWLEDGEMENT OF MAILING

DATE:_____   SIGNED:_____