1  EDMUND G. BROWN JR.
   Attorney General of California
2  JAY C. RUSSELL
   Supervising Deputy Attorney General
3  MICHAEL J. QUINN
   Deputy Attorney General
4  State Bar No. 209542
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5726
6    Fax:  (415) 703-5843
     E-mail:  Michael.Quinn@doj.ca.gov
7  *Attorneys for Defendants Boccella and Beatty*

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12

13  **RUSSELL MARTIN,**                    C 08-4067 ~~CRW~~ VRW

14                          Plaintiff,     ~~[PROPOSED]~~ **ORDER & WRIT OF
                                           HABEAS CORPUS AD
15            v.                           TESTIFICANDUM TO TRANSPORT
                                           PLAINTIFF RUSSELL MARTIN,
16  **M. S. EVANS, et al.,**               CDCR No. E-67269**

17                          Defendants.

18

19

20
          Plaintiff, **RUSSELL MARTIN, CDCR No. E-67269**, a necessary and material witness in
21
    proceedings in this case **beginning on July 7, 2010, at 9:00 a.m.**, is confined at California State
22
    Prison, Los Angeles County in the custody of Warden Brenda Cash.  In order to secure this
23
    inmate's attendance at the settlement conference scheduled for July 7, 2010 at California State
24
    Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding
25
    the custodian of Russell Martin, CDCR No. E-67269, to produce said inmate at **California State
26
    Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor
27
    Vadas presiding, beginning on July 7, 2010, at 9:00 a.m.**
28

                                              1

1

    **ACCORDINGLY, IT IS ORDERED that:**

2

    1.    A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court,

3

commanding the Warden of the Correctional Training Facility and the California Department of

4

Corrections and Rehabilitation to produce inmate **RUSSELL MARTIN, CDCR No. E-67269,**

5

for a settlement conference at California State Prison, Solano, at the time and place above, until

6

completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to

7

California State Prison, Los Angeles County.

8

    2.    The custodian is ordered to notify the Court of any change in custody of this inmate and

9

is ordered to provide the new custodian with a copy of this writ.

10

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

11

    To:  The Warden of California State Prison, Los Angeles County,

12

    **YOU ARE COMMANDED** to produce inmate **RUSSELL MARTIN, CDCR No. E-**

13

**67269,** for a settlement conference at California State Prison, Solano at the time and place above,

14

until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate

15

to California State Prison, Los Angeles County.

16

    **FURTHER**, you have been ordered to notify the Court of any change in custody of this

17

inmate and to provide the new custodian with a copy of this writ.

18

    **IT IS SO ORDERED.**

19

20

Dated:  <u>6/7/10</u>

21

    The Honorable Nandor Vadas
    United States Magistrate Judge

22

23

24

SF2009201681
20284693.doc

25

26

27

28



2