IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUSSELL MARTIN,                         No C-08-4067 VRW (PR)

       Plaintiff,

    v                                  ORDER APPOINTING COUNSEL

M S EVANS, et al,

       Defendant(s).
_____/

    The plaintiff having requested and being in need of counsel to assist him in this matter, and a volunteer attorney willing to be appointed to represent plaintiff having been located by the Court, IT IS HEREBY ORDERED THAT: <u>CHARLES M DYKE, NIXON PEABODY LLP</u>, is appointed as counsel for plaintiff in this matter pursuant to 28 USC § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

    The clerk is directed to close the file.

    IT IS SO ORDERED.

                                  VAUGHN R WALKER
                                  United States District Chief Judge

G:\PRO-SE\VRW\CR.08\Martin-4067-order appointing counsel.wpd