IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MARTIN, | No C-08-4067 VRW (PR) |
|     Plaintiff, | |
|     v | AMENDED ORDER APPOINTING COUNSEL |
| M S EVANS, et al, | |
|     Defendant(s). | |

The plaintiff having requested and being in need of counsel to assist him in this matter, and a volunteer attorney willing to be appointed to represent plaintiff having been located by the Court, IT IS HEREBY ORDERED THAT: <u>CHARLES M DYKE, NIXON PEABODY LLP</u>, is appointed as counsel for plaintiff in this matter pursuant to 28 USC § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

The clerk is directed to reopen the file.

IT IS SO ORDERED.

                                              VAUGHN R WALKER
                                              United States District Chief Judge

C:\temp\notes56FD74\Martin-4067-amended order appointing counsel.wpd