1  SETH L. NEULIGHT, State Bar No. 184440
   sneulight@nixonpeabody.com
2  MATTHEW J. FRANKEL, State Bar No. 256633
   mfrankel@nixonpeabody.com
3  ADAM C. WRIGHT, State Bar No. 261749
   awright@nixonpeabody.com
4  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
5  San Francisco, California 94111-3600
6  Telephone:   (415) 984-8200
   Facsimile:   (415) 984-8300
7
   Attorneys for Plaintiff
8  RUSSELL MARTIN

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ James Ware, Judge James Ware, 3/24/2011]*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL MARTIN,<br><br>           Plaintiff,<br><br>   v.<br><br>M S EVANS, *et al.*,<br><br>           Defendants. | Case No. C 08-4067 JW<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY CHARLES M. DYKE FROM CASE AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Charles M. Dyke is no longer a partner at NIXON PEABODY LLP and is no longer counsel of record for Plaintiff Russell Martin. Accordingly, counsel for Plaintiff hereby respectfully requests that Mr. Dyke be removed from the service list in this case.

DATED: March 22, 2011                        NIXON PEABODY LLP


                                              By:   */s/ Seth L. Neulight*
                                                     Seth L. Neulight
                                                     Attorneys for Plaintiff
                                                     RUSSELL MARTIN