IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Russell Martin,<br><br>      Plaintiff,<br>  v.<br><br>M. S. Evans, et al.,<br><br>      Defendants. | NO. C 08-04067 JW<br><br>**ORDER REQUIRING SUPPLEMENTAL EVIDENCE** |

Presently before the Court is Plaintiff's Motion for an Order Compelling Defendants to Reply to Plaintiff's Complaint.[1] In their Opposition to the Motion, Defendants contend that the Motion is "premature . . . because [Plaintiff] did not exhaust administrative remedies for at least one of his two claims."[2] However, Defendants offer no evidence in support of this contention.

The Court finds that it would benefit from supplemental evidence as to this issue. Accordingly, on or before **January 27, 2012**, Plaintiff shall file evidence showing that he exhausted administrative remedies for his claims.

Dated: January 25, 2012

JAMES WARE
United States District Chief Judge

---

[1] (Plaintiff Russell Martin's Notice of Motion and Motion for an Order Compelling Defendants to Reply to Plaintiff's Complaint; Memorandum of Points and Authorities in Support, hereafter, "Motion," Docket Item No. 59.)

[2] (Defendants' Response to Plaintiff's Motion to Compel a Reply to the Complaint at 2, Docket Item No. 60.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Charles Wright awright@nixonpeabody.com
Jose Alfonso Zelidon-Zepeda Jose.ZelidonZepeda@doj.ca.gov
Matthew J. Frankel mfrankel@nixonpeabody.com
Seth Lewis Neulight sneulight@nixonpeabody.com

**Dated: January 25, 2012**            **Richard W. Wieking, Clerk**

**By:       /s/ JW Chambers**
       **Susan Imbriani**
       **Courtroom Deputy**