1 KAMALA D. HARRIS
Attorney General of California
2 THOMAS S. PATTERSON
Supervising Deputy Attorney General
3 JOSE A. ZELIDON-ZEPEDA
Deputy Attorney General
4 State Bar No. 227108
  455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA 94102-7004
  Telephone: (415) 703-5781
6   Fax: (415) 703-5843
  E-mail: Jose.ZelidonZepeda@doj.ca.gov
7 *Attorneys for Defendant*
*R. Boccella and D. Beatty*
8
SETH L. NEULIGHT, CA Bar No. 184440
9 sneulight@nixonpeabody.com
MATHEW J. FRANKEL, CA Bar No. 256633
10 mfrankel@nixonpeabody.com
ALEXANDRA DEVENDRA, CA Bar No. 278048
11 adevendra@nixonpeabody.com
NIXON PEABODY LLP
12 One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
13 Telephone:   (415) 984-8200
Facsimile:   (415) 984-8300
14
Attorneys for Plaintiff
15 RUSSELL MARTIN

16

IN THE UNITED STATES DISTRICT COURT

17

FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

OAKLAND DIVISION

19

20

| | |
|---|---|
| 21   RUSSELL MARTIN,<br>22                            Plaintiff,<br>23       v.<br>24   M. S. EVANS, et al.,<br>25<br>26                             Defendants. | C 08-4067 YGR<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER DISMISSING ACTION WITH<br>PREJUDICE<br><br>[Fed. R. Civ. P. 41(a)(2)]<br><br>Judge:     The Honorable Yvonne<br>              Gonzalez Rogers<br><br>Action Filed: August 26, 2008 |

27

28

Plaintiff Russell Martin ("Plaintiff") filed a Complaint commencing this action on or about August 26, 2008, which Complaint was later ordered served on Defendants R. Boccella and D. Beatty (collectively, "Defendants").

Plaintiff and Defendants have settled and resolved this case in its entirety, which settlement is memorialized in a written agreement between Plaintiff, on the one hand, and Defendants and the California Department of Corrections and Rehabilitation, on the other hand (the "Settlement Agreement").

The Settlement Agreement provides that the Parties shall enter into this Stipulation and [Proposed] Order dismissing this action with prejudice, provided, however, that the Court shall retain jurisdiction to enforce the Settlement Agreement.

THEREFORE, the parties stipulate, and respectfully request that the Court enter an order, as follows:

1. This action is hereby DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

2. If any party to this cause shall certify to this Court, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered within 180 days from dismissal, this dismissal shall be vacated, and this cause shall be restored to the Court's calendar for further proceedings, including without limitation proceedings to enforce the parties' Settlement Agreement.

///

///

3. Each party shall bear its own litigation costs and attorney's fees.

IT IS SO STIPULATED.

Dated: 12/1/12          By: _____
                             Jose A. Zelidon-Zepeda, Deputy Attorney General
                             Counsel for Defendants R. Boccella and D. Beatty

Dated: 11/29/12         By: _____
                             Mathew J. Frankel, Esq.
                             Nixon Peabody LLP
                             *Counsel for Plaintiff Russell Martin*

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: December 13, 2012     _____
                             Hon. Yvonne Gonzalez Rogers
                             United States District Judge

SF2009201681
20640269.doc

3

Stip. Vol. Dism. (C 08-4067 YGR)